Ralph W. Newell, Respondent, v. Annie M. Newell, Individually and as Executrix, etc., of Oliver W. Newell, Deceased, Appellant, Impleaded with

Frank Newell and Others.— Judgment and order affirmed, with costs. All concurred.